## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 258 MAL 2019
:
Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
AARON JAMES BRESSI, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of September, 2019, the Petition for Allowance of Appeal and the Application to Withdraw as Counsel is **DENIED**.